1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2740

5  Attorneys for the United States

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 SUSANVILLE INDIAN RANCHERIA,          No.2:07-cv-259-GEB

12        Plaintiff,
                                         STIPULATION RE BRIEFING
13     v.                                SCHEDULE FOR CROSS MOTIONS
                                         FOR SUMMARY JUDGMENT; ORDER
14 MIKE LEAVITT, et al.,

15        Defendants.

16

17     It is stipulated between the parties that the briefing schedule

18 for cross motions for summary judgment set forth in the Court's

19 February 14, 2007 Order be amended as follows:

20 March 20, 2007              Cross motions are filed

21 April 2, 2007               Oppositions are filed

22 April 10, 2007              Replies are filed

23 April 30, 2007, 9:00 a.m.   Hearing

24 DATED: February 20, 2007    McGREGOR W. SCOTT
                               United States Attorney
25

26
                               By:   /s/ John F. Gisla
27                                   JOHN F. GISLA
                                     Assistant United States Attorney
28                                   Attorneys for the United States

                                   1

```
 1  DATED: February 20, 2007        HOBBS,STRAUS, DEAN & WALKER, LLP
 2
 3                             By:   /s/ Geoffrey D. Strommer
                                     GEOFFREY D. STROMMER
 4                                   Attorneys for Plaintiff
 5
 6
    IT IS SO ORDERED.
 7
    Dated:  February 20, 2007
 8
 9
                                     _____
10                                   GARLAND E. BURRELL, JR.
                                     United States District Judge
11
```