McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANVILLE INDIAN RANCHERIA,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKE LEAVITT, et al.,<br><br>        Defendants. | No. 2:07-cv-259-GEB<br><br>STIPULATION RE BRIEFING SCHEDULE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT; ORDER |

It is stipulated between the parties that the briefing schedule for cross motions for summary judgment set forth in the Court's February 14, 2007 Order be amended as follows:

| | |
|---|---|
| March 20, 2007 | Cross motions are filed |
| April 2, 2007 | Oppositions are filed |
| April 10, 2007 | Replies are filed |
| April 30, 2007, 9:00 a.m. | Hearing |

DATED: February 20, 2007        McGREGOR W. SCOTT
                                United States Attorney


                        By:    /s/ John F. Gisla
                               JOHN F. GISLA
                               Assistant United States Attorney
                               Attorneys for the United States

1

1  DATED: February 20, 2007        HOBBS,STRAUS, DEAN & WALKER, LLP
2
3                                  By:   /s/ Geoffrey D. Strommer
                                         GEOFFREY D. STROMMER
4                                        Attorneys for Plaintiff
5
6
   IT IS SO ORDERED.
7
   Dated:  February 20, 2007
8
9
                                   _____
10                                 GARLAND E. BURRELL, JR.
                                   United States District Judge
11