UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
SUSANVILLE INDIAN RANCHERIA,      )
                                  )
                Plaintiff,        )   2:07-cv-259-GEB-DAD
                                  )
        v.                        )   ORDER
                                  )
MIKE LEAVITT, Secretary of the    )
United States Department of       )
Health and Human Services;        )
CHARLES W. GRIM, Director of      )
the Indian Health Service; and    )
MARGO KERRIGAN, Area Director of  )
the California Area Office of     )
the Indian Health Service;        )
                                  )
                Defendants.       )
_____)
```

On March 12, 2007, Defendants filed an ex parte application for an extension of time within which the parties shall file cross-motions for summary judgment, arguing that the date prescribed in the February 21, 2007 stipulation and order does not provide adequate time for briefing. (Appl. at 3.)  Further, Defendants argue expedited briefing was ordered before Plaintiff prevailed on its preliminary injunction ("PI") motion, and since a PI issued, there is now no need for expedited briefing.  Plaintiff opposes the application.

1    Since Plaintiff has prevailed on a PI, there is no need for
2 expedited briefing.  Therefore, Defendants' application is granted.
3 The briefing schedule is modified as follows: the last date upon which
4 the parties may file cross-motions for summary judgment shall be May
5 21, 2007; the last date upon which the parties shall file their
6 oppositions to any motions for summary judgment shall be June 11,
7 2007; the last date upon which the parties shall file any reply shall
8 be July 2, 2007; and a hearing on the cross-motions for summary
9 judgment shall be held on July 9, 2007, at 9:00 a.m.[1]

Dated:  March 13, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Plaintiff notes that "it has the right to file a motion for summary judgment any time after 20 days has passed after commencement of this action."  (Opp'n at 3.)  Plaintiff is authorized to file its motion prior to the May 21 deadline; however, Defendants' opposition will not be due until June 11, and a hearing will not be held until July 9.

2