McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANVILLE INDIAN RANCHERIA,<br><br>        Plaintiff,<br><br>   v.<br><br>MIKE LEAVITT, et al.,<br><br>        Defendants. | No.2:07-cv-259-GEB<br><br>STIPULATION TO EXTEND DATE<br>TO FILE OPPOSITION; ORDER<br><br>DATE:     July 9, 2007<br>TIME:     9:00 a.m.<br>COURTROOM: No. 10<br>          (13th Floor) |

On June 5, 2007, the mother-in-law of Paula Lee, agency counsel for the Indian Health Service, died, preventing Ms. Lee from completing defendants' opposition to the plaintiff's cross-motion for summary judgment.  Ms. Lee is the attorney for defendants who is preparing the defendants' opposition.  In order to give Ms. Lee additional time in which to complete defendants' opposition to plaintiff's cross-motion for summary judgment, counsel for plaintiffs has graciously agreed to extend by three days the date for the parties to file their opposition to the cross-motions for summary judgment, from July 11, 2007 to July 14, 2007.  The parties therefore stipulate that their deadline to file their opposition to

1

the cross-motions for summary judgment be extended from July 11, 2007 to July 14, 2007.

This stipulation will not affect the date for the parties' reply; nor will it affect the July 9, 2007 date for the hearing. Counsel for plaintiffs is not available on July 23, 2007, the court's next civil law and motion calendar.

DATED: June 8, 2007          McGREGOR W. SCOTT
                             United States Attorney


                       By:   /s/ John F. Gisla
                             JOHN F. GISLA
                             Assistant United States Attorney
                             Attorneys for the United States


DATED: June 8, 2007          Hobbs, Straus, Dean & Walker, LLP


                       By:   /s/ Geoffrey D. Strommer
                             GEOFFREY D. STROMMER
                             Attorneys for Plaintiff


                                ORDER

For the reason set forth above, the date for the parties to file their opposition to the cross-motions for summary judgment is extended from June 11, 2007 to June 14, 2007.  The hearing on the cross-motions is rescheduled to commence at 10:00 a.m. on July 26, 2007.

Dated:  June 8, 2007

                             _____
                             GARLAND E. BURRELL, JR.
                             United States District Judge

2