1  TIMOTHY CARR SEWARD
   Hobbs, Straus, Dean & Walker, LLP
2  400 Capitol Mall, 11th Floor
   Sacramento, CA 95814
3  Phone:  (916) 442-9444
4  California State Bar # 179904

5  GEOFFREY D. STROMMER (pro hac vice)
   Oregon State Bar #93110
6  EDMUND CLAY GOODMAN (pro hac vice)
   Oregon State Bar #89250
7  Hobbs, Straus, Dean & Walker, LLP
   806 S.W. Broadway, Suite 900
8  Portland, OR  97205
   Phone:  (503) 242-1745
9  Attorneys for the Susanville Indian Rancheria

10              **UNITED STATES DISTRICT COURT**

11           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12  SUSANVILLE INDIAN RANCHERIA,   )
13        Plaintiff                )
                                   )   CASE NO. 2:07-cv-259-GEB-DAD
14     vs.                         )
                                   )   STIPULATION RE:
15  MIKE LEAVITT, et al.,          )   RESCHEDULING OF HEARING
         Defendants.               )   ON CROSS MOTIONS FOR
16                                 )   SUMMARY JUDGMENT; ORDER
                                   )
17                                 )   Judge Garland E. Burrell
                                   )
18

19      It is stipulated between the parties that the hearing for the above-referenced matter

20  scheduled on July 26, 2007, and rescheduled to August 14, 2007 by the Court in accordance with

21  a Minute Order dated July 24, 2007, be rescheduled to September 17, 2007 at 10:00 a.m.

22  Dated:   July 26, 2007:           HOBBS, STRAUS, DEAN, & WALKER, LLP

23

                                      /s/ Geoffrey D. Strommer
24                                    GEOFFREY D. STROMMER

25
                                      Attorneys for the Susanville Indian Rancheria

Stipulation Re: Rescheduling of Hearing        1

| | | |
|---|---|---|
| 1 | Dated: July 26, 2007 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | | |
| 3 | | By:  /s/ John F. Gisla |
| 4 | |  JOHN F. GISLA<br>Assistant United States Attorney |
| 5 | | Attorneys for the United States |
| 6 | IT IS SO ORDERED. | |
| 7 | Dated: July 27, 2007 | |
| 8 | | GARLAND E. BURRELL, JR.<br>United States District Judge |